**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**(EASTERN DIVISION)**

| | |
|---|---|
| THERON LEE ROLLINS, | |
| Plaintiff, | |
| v. | Case No. 4:23-cv-00569 |
| ENVIROPAK, and BRYON CRUMP, | **JURY TRIAL DEMANDED** |
| Defendants. | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants EnviroPAK and Bryon Crump ("Defendants"), contemporaneously with the filing of this notice, are effecting the removal of the below referenced action from the Circuit Court of St. Louis County, Missouri, to the United States District Court, Eastern District of Missouri.  The removal is based, specifically, on the following grounds:

## PLEADINGS, PROCESS, AND ORDERS

1.     On March 22, 2023, Plaintiff Theron Lee Rollins ("Plaintiff") commenced the above-entitled civil action in the Circuit Court of St. Louis County by filing a Petition therein entitled *Theron Lee Rollins vs. EnviroPAK and Bryon Crump*, Case No. 23SL-CC01193.  True and correct copies of the following documents are attached hereto and incorporated herein by reference collectively as Exhibit "A":

   a.     Summons;

   b.     Petition; and

   c.     State Court Docket Sheet.

94046179.1

2.      The documents comprising Exhibit "A" were served on Defendants via personal service to its agent for service of process on March 30, 2023.

3.      Defendants have not filed an answer to Plaintiff's Petition.

4.      The attached exhibits constitute all process, pleadings, and orders served upon Defendants in this matter.

## FEDERAL QUESTION JURISDICTION

5.      While Plaintiff's Petition does not state on its face that Plaintiff brings a federal law claim, his Petition alleges that he was discriminated against because of his race and retaliated against for filing a claim with the EEOC.  These allegations implicate federal law giving rise to federal question jurisdiction.

6.      Title VII of the Civil Rights Act of 1964, is a federal employment law that prohibits employment discrimination based on race, color, religion, sex (including pregnancy), and national origin.  The MHRA mirrors many of the same provisions of Title VII.

7.      For federal question jurisdiction, federal courts can hear "all cases, in law and equity, arising under this Constitution, [and] the laws of the United States…" U.S. Constitution, Article III, Section 2.  The Supreme Court has interpreted this clause broadly, finding that it allows federal courts to hear any case in which there is a federal ingredient.  *Osborn v. Bank of the United States*, 9 Wheat.  (22 U.S.) 738 (1824).  Additionally, federal courts have jurisdiction only to those cases which "aris[e] under" federal law.  28 U.S.C. § 1331.  The Supreme Court has found that a "suit arises under the law that creates the cause of action."  *American Well Works v. Layne*, 241 US 257 (1916).  Therefore, only suits based on federal law, not state law suits, are most likely to create federal question jurisdiction.  *Louisville & Nashville R. Co. v. Mottley*, 211 U.S. 149 (1908).

94046179.1                                                    2

8.      Here, Plaintiff explicitly claims that he was discriminated against because of his race and retaliated against for filing a claim with the EEOC.  Attached as an exhibit to the Petition was also the Determination and Notice of Charge, issued by the U.S. Equal Employment Opportunity Commission.

9.      For the foregoing reasons, this Court has original jurisdiction under 28 U.S.C. Sections 1331 and 1441.

10.     Defendants have demonstrated that this matter contains a federal question meeting the requirement for removal of this action pursuant to federal question jurisdiction.

11.     Therefore, federal jurisdiction is proper.  Removal is effected without waiving any defenses.

## VENUE OF REMOVAL

12.     The Circuit Court of St. Louis County, Missouri is located in the United States District Court for the Eastern District of Missouri.  28 U.S.C. § 105(a)(1).  This Court is part of the district and division in which the action was filed – St. Louis County, Missouri. Thus, venue is proper because this is the "district and division embracing the place where such action is pending."  28 U.S.C. § 1441(a); *see also* 28 U.S.C. §1446(a).

## TIMELINESS OF REMOVAL

13.     This Notice of Removal is timely filed within thirty (30) days[1] after receipt of Plaintiff's Petition, which indicated that this matter is removable.  U.S.C. § 1446(b)(1).

14.     For the foregoing reasons, this Court has original jurisdiction under 28 U.S.C. Sections 1331 and 1441.

---

[1] Thirty days from the date of service is Saturday, April 29, 2023.  The period continues to run until Monday, May 1, 2023 pursuant to Federal Rule of Civil Procedure Rule 6 and Missouri Supreme Court Rule 44.01.

15. Pursuant to 28 U.S.C. § 1446(d), This Notice of Removal will be served upon all adverse parties and will be filed promptly in the State Court Action.

16. Pursuant to 28 U.S.C. § 1446(a), Defendants are filing contemporaneously herewith a current docket sheet from the State Court Action and a copy of all the pleadings and papers filed with the state court.

17. As of the date of this notice of removal, no other proceedings have been set in the State Court Action.

WHEREFORE, Defendants EnviroPAK and Bryon Crump remove this action from the Circuit Court of St. Louis County, Missouri, to this Court pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

/s/ Alan L. Rupe
Alan L. Rupe MO # 56013
LEWIS BRISBOIS BISGAARD & SMITH LLP
4600 Madison Avenue, Suite 700
Kansas City, MO 64112
Telephone:  (816) 299-4244
Facsimile:   (816) 299-4245
alan.rupe@lewisbrisbois.com

*Attorney for Defendants EnviroPAK and Bryon Crump*

## **DEMAND FOR JURY TRIAL**

Pursuant to Fed. R. Civ. P. 38 Defendants respectfully request a jury trial on all matters so triable.

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, the above Defendants' Notice of Removal was filed using the Court's electronic filing system and a copy mailed to:

Theron L. Rollins
12255 Natural Bridge Rd., Apt. 635
Bridgeton, MO 63044

*Pro Se Plaintiff*

/s/ Alan L. Rupe
Alan L. Rupe